1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHNNY MCMURRY, JR.,

             Plaintiff,

    v.

23RD AND UNION LLC, et al.,

             Defendants.

Case No. C25-0877-LK

ORDER GRANTING IN FORMA
PAUPERIS APPLICATION

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee,

Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C.

§ 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the

undersigned recommends review by the assigned District Judge under 28 U.S.C.

§ 1915(e)(2)(B).  *See, e.g., McMurry v. Thrive Communities*, C25-0817-JNW.  The Clerk of the

Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 15th day of May, 2025.

                                  _____

                                    S. KATE VAUGHAN
                                    United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1